No. 98–1297. NICHOLSON v. KENTUCKY ET AL.; and

No. 98–1331. BIRD v. KENTUCKY. Sup. Ct. Ky. Certiorari denied. Reported below: 979 S. W. 2d 915.

No. 98–1369. BURKE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–1372. BROWN, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED v. NATIONSBANK OF GEORGIA, N. A., ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–1391. BLAREK ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–1428. CORN, TRUSTEE v. CITY OF LAUDERDALE LAKES ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–1440. PENSION BENEFIT GUARANTY CORPORATION v. CF&I FABRICATORS OF UTAH, INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–1541. BRUNEAU, A MINOR, BY AND THROUGH HER GUARDIANS AD LITEM, SCHOFIELD ET AL. v. SOUTH KORTRIGHT CENTRAL SCHOOL DISTRICT ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–1546. COYNE v. MOHR, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–1550. HARRIS v. GENERAL MOTORS POWERTRAIN. C. A. 4th Cir. Certiorari denied.

No. 98–1560. DROSTE v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 98–1565. ENTEZARI-AFSHAR v. WRIGHT. C. A. 9th Cir. Certiorari denied.

No. 98–1566. CLAPPER v. CHESAPEAKE CONFERENCE OF SEVENTH-DAY ADVENTISTS. C. A. 4th Cir. Certiorari denied.

No. 98–1569. BROWDER v. GENERAL MOTORS CORP. C. A. 11th Cir. Certiorari denied.